UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---
L.A., individually and on behalf of
L.H.,

     Plaintiff,

- against -

NEW YORK CITY DEPARTMENT OF
EDUCATION,

     Defendant.
---

22-cv-6882 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

 The parties are directed to file a Rule 26(f) report by **February 8, 2023**. The conference scheduled for February 27, 2023, at 3:30 p.m. is canceled.

SO ORDERED.

Dated: New York, New York
    January 24, 2023

            _/s/ John G. Koeltl_
            John G. Koeltl
          United States District Judge