UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

L.A., INDIVIDUALLY AND ON BEHALF OF
HER SON, R.H.,

                Plaintiffs,

- against -

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                Defendant.
---

22-cv-6882 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    By **August 7, 2023,** the parties shall submit under seal the Stipulation of Settlement referenced in the parties' proposed stipulation and order of dismissal. See ECF No. 25.

SO ORDERED.

Dated:    New York, New York
           August 2, 2023

                                            John G. Koeltl
                                  United States District Judge