```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

L.A., individually and on behalf of L.H.,

           Plaintiff,

- against -

NEW YORK CITY DEPARTMENT OF EDUCATION,

           Defendant.

22-cv-6882 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    Because the Court has signed the stipulation and order of dismissal in this action, the conference scheduled for Thursday, August 10, 2023, at 11:00 a.m. is **canceled**.

SO ORDERED.

Dated:    New York, New York
           August 8, 2023

                                    John G. Koeltl
                        United States District Judge