```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

L.A., ET AL.,

                Plaintiffs,

   - against -

NEW YORK CITY DEPARTMENT OF EDUCATION,

                Defendant.

22-cv-6882 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for a telephone conference on **Tuesday, December 19, 2023,** at **12:00 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
           December 14, 2023

                                      _/s/ John G. Koeltl_
                                        John G. Koeltl
                                   United States District Judge