```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————————————

L.A., ET AL.,                              22-cv-6882 (JGK)

                Plaintiffs,                ORDER

        - against -

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                Defendant.
————————————————————————————————
```

**JOHN G. KOELTL, District Judge:**

The conference on **Tuesday, December 19, 2023**, at **12:00 p.m.** is adjourned to **Monday, January 29, 2024**, at **3:00 p.m.**

Dial-in: 888-363-4749, with access code 8140049.

**SO ORDERED.**

Dated:    New York, New York
          December 15, 2023

/s/ John G. Koeltl
_____
John G. Koeltl
United States District Judge