```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

L.A., ET AL.,

              Plaintiffs,

    - against -

NEW YORK CITY DEPARTMENT OF
EDUCATION,

              Defendant.

22-cv-6882 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    In light of the settlement agreement discussed at the conference held on January 29, 2024, the Clerk is respectfully directed to close ECF NO. 31.

SO ORDERED.

Dated:    New York, New York
           January 29, 2024

                                      John G. Koeltl
                            United States District Judge